# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

BEVERLY DEANN AMITHS                                             PLAINTIFF

v.                          No. 3:13-CV-004-DPM

CAROLYN W. COLVIN, Commissioner,
Social Security Administration                                   DEFENDANT

## JUDGMENT

The Court affirms the Commissioner's decision and dismisses Amiths's complaint with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 November 2013